IN THE MATTER OF LOUIS ANTHONY MANNA.

November 12, 1973. Petition for certification denied. (See 124 *N. J. Super.* 428)

STATE OF NEW JERSEY v. THOMAS SUMMERVILLE.

November 12, 1973. Petition for certification denied.

CHARLES JONES v. BOROUGH OF LODI.

November 12, 1973. Petition for certification denied.